**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00291-REB-MEH

AARON J. DOUGLAS,

    Plaintiff,

v.

THE ALARON TRADING CORPORATION,
THOMAS HENEGHAN, and
JAMES R. GAUSPOHL,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 24, 2006, the plaintiff filed a paper [#4], which I construe as a notice of dismissal under Fed.R.Civ.P. 41 (a)(1). No adverse party has served an answer or a motion for summary judgment.

**THEREFORE, IT IS ORDERED** that the action **IS DISMISSED** without prejudice.

Dated March 27, 2006, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**